IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| CYNTHIA BRELAND BUCKHEISTER, | ) | Civil Action No.: 4:10-2450-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On November 21, 2012, Counsel for the Plaintiff, Beatrice E. Whitten, filed a motion for

attorney's fees and costs pursuant to the Social Security Act, 42 U.S.C. §406(b).  The motion seeks

reimbursement for counsel's representation in the captioned matter in the amount of $9,208.00,[1]

which amounts to twenty-five percent of the past-due benefits withheld by the Social Security

Administration for attorney's fees. (Doc. #42 with attachments).

The Defendant has indicated in his response to Plaintiff's motion that he does not object to

a reasonable award of attorney's fees under Section 406(b) but notes that this court has already

---

[1] Plaintiff's counsel asserts that Social Security issued a fully favorable decision
awarding Plaintiff benefits beginning April 23, 2007. Counsel further asserts that on October 28,
2012, the Commissioner of Social Security issued a Notice stating that the agency had withheld
$9208.50 of the claimant's past-due benefit amount in anticipation of attorney fees. A copy of
the fee arrangement Plaintiff entered into with counsel to pay 25% of her past due benefits as
attorney fees is attached to the motion. Plaintiff was previously awarded $2,658.00 by this court
in EAJA fees. Plaintiff's counsel asserts that this amount will be subtracted from the 25% fee
due, to reduce the amount of attorney fees payable by Plaintiff, leaving $6,550 in fees due from
the Plaintiff.

awarded Plaintiff $2,658.01 in attorney fees under the EAJA and that Plaintiff's counsel is required to refund Plaintiff the lesser of the two fees.

The Court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's request for fees reasonable.

Accordingly, **IT IS ORDERED** that Plaintiff's motion for attorney's fees pursuant to the Social Security Act, 42 U.S.C. §406(b), is granted in the amount of $9,208.50. Counsel shall refund to Plaintiff any EAJA fees awarded after receipt of fees pursuant to this order.

**AND IT IS SO ORDERED.**

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United Stated Magistrate Judge

January 7, 2013
Florence, South Carolina

2